In the Matter of the Transfer Tax upon the Estate of Eugene Wilson Caldwell, Deceased. Comptroller of the State of New York, Appellant; Elizabeth Perkins Caldwell and Another, as Executors, etc., Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

O. Friedlander Chemical Company, Inc., Respondent, v. William H. Knox & Company, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

The People of the State of New York ex rel. National Park Bank of New York, Respondent, v. Jacob A. Cantor, President, and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1919.) — Order affirmed, with $10 costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Smith, J., dissenting and voting to reduce the aggregate assessment by $877,810.01, representing interest earned but not collected.

Benjamin Seltzer, Respondent, v. Pietro Indelli, Appellant, Impleaded with Another.— Judgment and order reversed and a new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $3,632.10, including costs; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

Liana R. O'Neil, Respondent, v. McKinley Music Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

United States Mortgage and Trust Company, Respondent, v. Liberty National Bank, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

Hooker Electrochemical Company, Respondent, v. Chipman Chemical and Engineering Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

Anna Breslin O'Neil, Respondent, v. Roman Baths Company, Inc., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to $7,659.25, including interest and costs, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.